_AO91 (Rev. 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**     DISTRICT OF     **TEXAS**

U.S. MAGISTRATE COURT
JSH – SDTX
FILED

SEP 20 2010  DF

CLERK OF COURT
LAREDO DIVISION

UNITED STATES OF AMERICA
V.
**Jose Trinidad Mata Mendez**
Nuevo Laredo, Tamaulipas
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: L-10-MJ 2370

*Handwritten notations: F-PD, 75 kcls, 10/1/10, 10AM p/k*

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **September 18, 2010** in **Webb** County, in the **Southern** District of Texas, **Jose Trinidad Mata Mendez** defendant(s), a **Mexican** alien, who has previously been **Removed** or has departed the United States while an order of **Removal** is outstanding was thereafter found in the United States near **Laredo, Texas** the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter) for reapplication by the said Defendant for admission into the United States.

in violation of Title **8 and 6** United States Code, Section(s) **1326 Felony and 202, 557**

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the
Official Title
following facts:

Furthermore, **Jose Trinidad Mata Mendez** was apprehended near **Laredo, Texas** After a brief interview it was determined that, **Jose Trinidad Mata Mendez** was an illegal alien from **Mexico** and consequently placed under arrest. Further investigation revealed that **Jose Trinidad Mata Mendez** is a citizen of **Mexico** and was previously **Removed** from the United States on **June 16, 2006** at **Hidalgo, Texas** There is no record that **Jose Trinidad Mata Mendez** has applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after deportation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes   ☒ No

/s/ *[signature]*
Signature of Complainant

**Jesse Newsome**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**September 20, 2010**    at    Laredo, Texas
Date                                City and State

**J. Scott Hacker**
U.S. Magistrate Judge
Name and Title of Judicial Officer

*[signature]*
Signature of Judicial Officer