United States District Court
Southern District of Texas
FILED

OCT 1 3 2010

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| JOSE TRINIDAD MATA-MENDEZ | § § | L-10-2217 |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about September 18, 2010, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**JOSE TRINIDAD MATA-MENDEZ,**

an alien who had previously been denied admission, excluded, deported, and removed, and has departed the United States while an order of exclusion, deportation and removal is outstanding, was found in the United States, having not obtained the consent of the Attorney General of the United States to reapply for admission into the United States prior to March 1, 2003 and having not obtained consent from the Secretary of the Department of Homeland Security to reapply for admission into the United States on or after March 1, 2003.

In violation of Title 8, United States Code, Section 1326.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREMAN OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

FRANK T. PIMENTEL
Assistant United States Attorney



| USA-74-24b (Rev. 6-1-71) | | CRIMINAL DOCKET | **L-10-2217** NO. |
|---|---|---|---|

<u>LAREDO</u> **DIVISION**
FILE: 10-19260
<u>INDICTMENT</u>

MAG #: L-10-2370M
Filed: OCT 13 2010                Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

VS.

JOSE TRINIDAD MATA-MENDEZ

JOSE ANGEL MORENO, USA

FRANK T. PIMENTEL, AUSA

Appt'd | Private

MA

**CHARGE:**
(TOTAL COUNTS:) ( 1 )

Ct. 1: Illegal entry after deportation [8 USC 1326]

**PENALTY:** 8 USC 1326: 0 to 20 Yrs. and/or $250,000.00, $100 Spec Assessment
NOT MORE THAN 3 YRS TERM OF SUPERVISED RELEASE

In Jail:
On Bond:
No Arrest:

NAME & ADDRESS
of Surety:

## **PROCEEDINGS:**